COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 October 22, 2015
 No. 10-14-00364-CV
 IN THE MATTER OF A.C., A JUVENILE
 
 
 From the 40[th] District Court
 Ellis County, Texas
 Trial Court No. 39503CR
 
--------------------------------------------------------------------------------
JUDGMENT

This proceeding has been considered by the Court. Because the Court finds that there was no error in the trial court's judgment; it is the judgment of this Court that the trial court's judgment signed on October 16, 2014 is affirmed.
 It is further ordered that the State of Texas, is awarded judgment against Julia Sallie for the State of Texas's appellate costs that were paid, if any, by the State of Texas; and all unpaid appellate court costs, if any, are taxed against Julia Sallie.
A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK 

 By: ___________________________
 Nita Whitener, Deputy Clerk